```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 22833
    MARY A BRASSEL
                                              CHAPTER 13

                                              JUDGE: BRUCE W BLACK

        Debtor
    SSN XXX-XX-5987
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 06/08/05 and confirmed on 09/19/05.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $   8930.68 .

   4.  The Trustee made disbursements to creditors as follows:

---
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CROWN MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 1270.51 | 32.07 | 1270.51 |
| AT&T UNIVERSAL CARD | UNSECURED | NOT FILED | .00 | .00 |
| BLITT & GAINES | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 527.07 | 13.41 | 527.07 |
| PLATATION BILLING CENTER | UNSECURED | NOT FILED | .00 | .00 |
| PROVENA ST JOSEPH MEDICA | UNSECURED | NOT FILED | .00 | .00 |
| PROVIDIAN PAYMENT PROCES | UNSECURED | NOT FILED | .00 | .00 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| US BANK | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 1794.91 | 45.30 | 1794.91 |
| NATIONAL CAPITAL MGMT LL | UNSECURED | 2179.91 | 54.99 | 2179.91 |

        Summary of disbursements:
---
|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 5772.40 | .00 | 5772.40 |
| PRINCIPAL PAID | .00 | .00 | 5772.40 | .00 | 5772.40 |
| INTEREST PAID | .00 | .00 | 145.77 | .00 | 145.77 |
| TOTAL PAID | .00 | .00 | 5918.17 | .00 | 5918.17 |

The Debtor's attorney, RONALD D CUMMINGS              , was allowed $   2700.00
and was paid $    306.00   direct and $   2394.00   through the plan.

The Trustee received $     349.41 .

Refunds to the Debtor totaled $     269.10 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

```
Dated: 02/08/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```